**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

GLOBAL TEL*LINK CORPORATION,     :   No. 472 EAL 2016
                                          :
             Respondent          :   Petition for Allowance of Appeal from
                                          :   the Order of the Commonwealth Court
                                          :
                 v.                     :
                                          :
                                          :
PAUL WRIGHT AND PRISON LEGAL      :
NEWS,                                      :
                                          :
             Petitioners           :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 10th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.